Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| ELLEEN CROCKETT | ) | 1:07-cv-1301 LJO TAG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30-day extension of time, until May 23, 2008, in which to serve Plaintiff's Confidential Brief. All remaining actions under the Scheduling Order filed, September 7, 2007, shall proceed under the time limit guidelines set therein.

Dated: April 24, 2008         /s/ Sengthiene Bosavanh

                              SENGTHIENE BOSAVANH, ESQ.
                              Attorney for Plaintiff.

Dated: April 25, 2008         MCGREGOR SCOTT
                              United States Attorney

                              By: /s/ Peter Thompson
                              (as authorized via facsimile/e-mail)
                              PETER THOMPSON
                              Assistant Regional Counsel

IT IS SO ORDERED.

Dated:  **May 13, 2008**              **/s/ Theresa A. Goldner**
                                      UNITED STATES MAGISTRATE JUDGE