IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CROCKETT, ) | 1:07-cv-01301 LJO TAG |
| Plaintiff ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| ) | WHY CASE SHOULD NOT BE DISMISSED |
| MICHAEL J. ASTRUE, , Commissioner, ) | FOR FAILURE TO COMPLY WITH COURT |
| ) | ORDER |
| Defendant. ) | |

On September 5, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On September 7, 2007, the Court issued a Scheduling Order. (Doc. 6). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Scheduling Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a confidential letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On March 26, 2008, Defendant lodged the administrative record. On May 13, 2008, the parties stipulated to extend the time for Plaintiff to serve a confidential letter brief, to May 23, 2008, and on that date, the Court issued an order granting that extension of time. (Doc. 19). More than 137 days have passed since May 23, 2008, and to date, Plaintiff has not filed an opening brief and the

1

parties have not stipulated to a remand. Plaintiff was required to file her opening brief on or before July 28, 2008. Plaintiff has failed to file a brief as ordered by the Court.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to comply with the Court's Scheduling Order dated September 7, 2008 (Doc. 6).

Plaintiff is ORDERED to file a written response to this Order to Show Cause no later than Friday, October 17, 2008, and Plaintiff's counsel shall appear in person at a hearing on this Order to Show Cause, before United States Magistrate Judge Theresa A. Goldner, at 9:00 a.m. on Monday, October 20, 2008 , in the United States District Court courtroom located at 1300 18th Street, Suite A, Bakersfield, California. If Plaintiff files her opening brief by October 17, 2008, the Court will discharge the Order to Show case and the hearing will be vacated. Failure to respond to this Order to Show Cause or failure to show good cause, will result in a recommendation for dismisal of this action.

IT IS SO ORDERED.

Dated:   **October 7, 2008**                              **/s/ Theresa A. Goldner**
                                                          UNITED STATES MAGISTRATE JUDGE

2